**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 52357.**

April 13, 1972.

The showing made is insufficient to warrant the exercise of our supervisory or original jurisdiction.

260 So.2d 319

**Succession of Willie Hardy DYKES.**

**No. 52362.**

April 13, 1972.

the result is correct.

260 So.2d 319

**FOOD CREDIT, INC.**

**v.**

**Kenneth CONWAY.**

**No. 52359.**

April 13, 1972.

On the facts found by the Court of Appeal the result is correct.

260 So.2d 319

**STATE of Louisiana ex rel.
Robert C. CONEY**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 52367.**

April 13, 1972.

The showing made is insufficient to warrant the exercise of our original or supervisory jurisdiction.